'Federal Court'
at
'District Court of the united States for middle Georgia'

| | |
|---|---|
| i: a man ) | |
| prosecutor ) | Nature of case; claim |
| -------------------------- ) | |
| ) | **5:14-CV-018** |
| **STATE OF GEORGIA** ) | claim; trespass [liberty] |
| **TWIGGS COUNTY SHERIFF'S OFFICE** ) | (verified) |
| Kevin Wrye, a man ) | |
| Darrin Mitchum, a man ) | |
| Scott Raybruagh, a man ) | |
| PROSECUTOR, a man or a woman | |
| JOHN DOE(S) 1-5 | |
| *Wrongdoer(s)* | |

i, require: a 'court of record';

claim: trespass [liberty – Right to life, liberty, pursuit of happiness]

i, a man claim:

1. the said wrongdoer(s) trespass upon my property (liberty to be let alone);
2. the causal agent of the trespass, comes by way of theft of liberty;
3. the said wrongdoers(s) are noticed to cease and desist attempting to administrate my property without express consent;
4. the trespass did and does harm and injury to my property;
5. the commencement of wrong and harm began on march 30th, 2013;
6. the wrong and harm continue to this day, january 12$^{th,}$ 2014;
7. i wish to be let alone
8. in order to be let alone, i require case(s) and warrants be dismissed with prejudice (case #'s Cr -13.129, 2013-M042 and warrants #'s 13-130, 13-131, 13-129, 13-133, 13-132, 13-134) and be voided and expunged from the record;
9. i, require compensation for the initial and continual trespass upon my property;
10. compensation due to make whole for damages:  Five thousand dollars (5,000.00) for every hour (one day, 20 hours =  44 hours = Two hundred and twenty thousand dollars) $220,000.00;

i, say here, and will verify in open court, that all herein be true

By: Jeffry-allen; house of Pennington

January 13, 2014